SCOTT N. SCHOOLS, SBN SC 9990
United States Attorney
LUCILLE GONZALES MEIS, SBN CO 15153
Regional Chief Counsel, Region IX,
Social Security Administration
ELIZABETH FIRER, SBN WI 1034148
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone:  (415) 977-8943
    Facsimile:  (415) 744-0134

*E-FILED - 12/6/07*

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELLY J. GERACI,<br><br>    Plaintiff,<br><br>        v.<br><br>MICHAEL J. ASTRUE,<br>Acting Commissioner of<br>Social Security,<br><br>    Defendant. | CIVIL NO. 07-02113 RMW PVT<br><br>STIPULATION AND ORDER FOR EXTENSION |

       IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the approval of the Court, that the Commissioner have a 60-day extension of time in which to answer or otherwise respond to Plaintiff's Complaint.  The extension is being requested because the Commissioner is currently unable to locate the claim file associated with the February 17, 2006 hearing decision that is the subject of this action.  The Commissioner is continuing to search for the file and the parties agree that seeking an extension is the best procedural option at this time.

       The Commissioner's answer to Plaintiff's Complaint was due on November 27, 2007, it will now be due on January 28, 2008 (day 60 falls on a weekend).

///

///

| | | |
|---|---|---|
| Dated: November 27, 2007 | | /s/ *James Hunt Miller*<br>  *(As authorized via telephone on November 27, 2007)*<br>JAMES HUNT MILLER<br>Attorney for Plaintiff |
| | | SCOTT N. SCHOOLS<br>United States Attorney |
| Dated: November 27, 2007 | By: | /s/ *Elizabeth Firer*<br>ELIZABETH FIRER<br>Special Assistant United States Attorney |

PURSUANT TO STIPULATION, IT IS SO ORDERED that Defendant Commissioner of Social Security shall have an additional 60 days in which to answer or otherwise respond to Plaintiff's Complaint, up to and including January 28, 2008.

Dated: 12/6/07

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

2