JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
LUCILLE GONZALES MEIS, SBN CO 15153
Regional Chief Counsel, Region IX,
Social Security Administration
ELIZABETH FIRER, SBN WI 1034148
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8943
    Facsimile: (415) 744-0134    ****E-FILED 4/25/08****

Attorneys for Defendant

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELLY J. GERACI, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL J. ASTRUE, ) <br> Acting Commissioner of ) <br> Social Security, ) <br> ) <br> Defendant. ) <br> ———————————————) | CIVIL NO. C-07-02113 RMW PVT <br><br> STIPULATION AND ORDER FOR EXTENSION |

    IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the approval of the Court, that the Commissioner have a 30-day extension of time in which to file a response to Plaintiff's Motion for Summary Judgment. The extension is necessary because the Special Assistant United States Attorney for the Commissioner has experienced a significant increase in her workload due, in part, to a staffing shortage in the Commissioner's San Francisco regional office. In the month of March and the first two week in April, she has had to brief, answer or otherwise respond in 17 district court cases, plus brief a Ninth Circuit case.

    The Commissioner's response to Plaintiff's Motion for Summary Judgment will now be due on May 7, 2008.

///

///

| | |
|---|---|
| Dated: April 10, 2008 | /s/ *James Hunt Miller* <br> *(As authorized via telephone on April 9, 2008)* <br> JAMES HUNT MILLER <br> Attorney for Plaintiff |
| | JOSEPH P. RUSSONIELLO <br> United States Attorney |
| Dated: April 10, 2008   By: | /s/ *Elizabeth Firer* <br> ELIZABETH FIRER <br> Special Assistant United States Attorney |

PURSUANT TO STIPULATION, IT IS SO ORDERED that Defendant Commissioner of Social Security shall have an additional 30 days in which to respond to Plaintiff's Motion for Summary Judgment, up to and including May 7, 2008.

/s/ Ronald M. Whyte

Dated: 4/25/08

RONALD M. WHYTE
UNITED STATES
DISTRICT JUDGE

2