E-FILED on: 6/4/09

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SHELLY J. GERACI, | No. C-07-02113 RMW |
| Plaintiff, | JUDGMENT |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

The parties' arguments having been considered and a decision having been rendered, IT IS HEREBY ORDERED that judgment be entered for Defendant and against Plaintiff and that the Clerk of the Court close the file.

DATED:  6/3/09

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

JUDGMENT
No. C-07-02113 RMW
TER

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiffs:**

James Hunt Miller				jim_miller0@yahoo.com

**Counsel for Defendants:**

Elizabeth Firer				Elizabeth.Firer@ssa.gov

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**   6/4/09					      TER
						**Chambers of Judge Whyte**